AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Charles A. Guida<br>22 Allston Street, Apt. 116<br>Medford, MA<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   MJ03-M253 JLA |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| One Courthouse Way<br>Boston, MA   02210 | No. 24, 7th Floor |
| Before:   The Hon. Joyce London Alexander | Date and Time<br>1/6/2004 10:30 am |

To answer a(n)
☐ Indictment   ☒ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title  18  United States Code, Section(s)  2252(a)(4)(B)

Brief description of offense:

See Complaint

NOTE: PLEASE REPORT TO THE UNITED STATES PRETRIAL SERVICES OFFICE ON THE FIRST FLOOR OF THE COURTHOUSE AT 9:00 AM TO BE INTERVIEWED BY A PRETRIAL SERVICES OFFICER PRIOR TO YOUR 10:30 AM APPEARANCE BEFORE THE COURT.

_/s/ Rex Brown_                                                                    12/30/03
Signature of Issuing Officer                                                Date

Rex Brown, Courtroom Clerk
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:¹  Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____     _____
             Date                       Name of United States Marshal

                                        _____
                                        (by) Deputy United States Marshal

Remarks:

---

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.