UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) MAGISTRATE NO: 03m253JLA |
| | ) |
| CHARLES GUIDA | ) |

### DEFENDANT'S WAIVER OF PRELIMINARY EXAMINATION

Defendant Charles Guida respectfully waives his right to a preliminary examination, see Fed. R. Crim. P. 5(c), now scheduled for today, January 28, 2004. He makes this waiver knowingly and voluntarily. His affidavit is attached to this motion.

CHARLES GUIDA
By his attorney,

*/s/ Charles P. McGinty*
Charles P. McGinty
   B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue
Boston, MA   02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Charles P. McGinty, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Timothy Q. Feeley by delivery on January 28, 2004.

*/s/ Charles P. McGinty*
Charles P. McGinty

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) MAGISTRATE NO: 03m253JLA |
| | ) |
| CHARLES GUIDA | ) |

### AFFIDAVIT OF CHARLES GUIDA

I, Charles Guida, being sworn, depose and say as follows:

1. I am the defendant in this matter.

2. I am aware of my right to a preliminary hearing and am aware that such a hearing is scheduled for January 28, 2004. After consulting with my attorney, I wish to waive that right.

Signed under the pains and penalties of perjury.

*[signature]*
Charles Guida

January 28, 2004