```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )    CRIMINAL NO.  04-10162-DPW
        v.                      )
                                )
CHARLES A. GUIDA                )


## WAIVER OF INDICTMENT

Defendant Charles A. Guida, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
CHARLES A. GUIDA

_____
Charles P. McGinty, Esq.
Attorney for Defendant

Date: June 1, 2004