UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10162-DPW |
| | ) | |
| CHARLES A. GUIDA | ) | |
| | ) | |

NOTICE OF APPEAL

Defendant, Charles A. Guida, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgment imposed on September 7, 2004.

          CHARLES A. GUIDA
          By his attorney,


          /s/ Charles P. McGinty
          Charles P. McGinty
            B.B.O. #333480
          Federal Defender Office
          408 Atlantic Avenue, 3rd Floor
          Boston, MA  02110
          Tel: 617-223-8061

September 14, 2004