UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10162-DPW |
| | ) | |
| CHARLES A. GUIDA | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE SELF-REPORTING DATE

The defendant, Charles A. Guida, respectfully requests that this Court continue the date that he has to self-report from October 8, 2004 to October 27, 2004.

As reason therefore, undersigned counsel states that he learned last week that Mr. Guida had not been processed by the Marshal and that Mr. Guida needed to complete that processing before BOP would designate him to an institution. This counsel had not adequately explained to Mr. Guida that he needed to go to the Marshal's office immediately to assure timely designation. As a result, Mr. Guida has not been designated and, unless the reporting date is changed, would have to report to this Courthouse on Friday, October 8, at which time he would be housed locally pending his designation and would be transported in due course to the place of service of his sentence.

Undersigned counsel states that, in the interim, Mr. Guida resolved his only pending case, a charge in Somerville District Court, by plea yesterday. This resolution assures that there is no open case which could interfere with his possible placement in the Butner program, and undersigned counsel is notifying the BOP of this disposition.

The government, by Assistant United States Attorney Timothy Feeley, assents to this motion. The Probation Office, by Tricia Marcy, has no objection.

>                       CHARLES A. GUIDA
>                       By his attorney,
>
>                       /s/ Charles P. McGinty
>                       Charles P. McGinty
>                         B.B.O. #333480
>                       Federal Defender Office
>                       408 Atlantic Avenue, 3rd Floor
>                       Boston, MA  02110
>                       Tel: 617-223-8061

October 6, 2004