UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.

CHARLES A. GUIDA,
    Defendant

CRIMINAL NO.
04-10162-DPW

## ORDER EXTENDING DATE TO SELF REPORT TO THE BUREAU OF PRISONS

WOODLOCK, District Judge

In accordance with this Court's allowance of the Defendant's motion to extend the time to self report to the facility designated by the Bureau of Prisons from October 8, 2004 to October 27, 2004, it is hereby ORDERED that the defendant CHARLES A. GUIDA shall self-report to the facility designated by the Bureau of Prisons by **OCTOBER 27, 2004.**

                                                /s/ Douglas P. Woodlock
                                        Hon. Douglas P. Woodlock
DATE: October 6, 2004                  U.S. District Judge