UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10162-DPW |
| | ) | |
| CHARLES A. GUIDA | ) | |
| | ) | |

MOTION TO CONTINUE SELF-REPORTING DATE

The defendant, Charles A. Guida, respectfully requests that this Court continue the date that he has to self-report, now scheduled for tomorrow, October 27, 2004.

As reason therefore, undersigned counsel states that he has been tracking the designation process and can report that the Marshal's Office submitted all the papers to the Bureau of Prisons' Community Corrections office in Boston; that the Community Corrections office processed the papers and submitted them to the Office of Medical Designations for consideration of this Court's recommendation; that the Office of Medical Designations completed its review and reported to the undersigned that it had returned the matter to the Community Corrections office for designation; and that the Community Corrections office in Boston today reported that it has not yet received this case back from "Regional."  Undersigned counsel faxed a letter to the Community Corrections office, to document the urgency of this matter and is awaiting an explanation.  Defendant has been calling the Marshal daily, seeking the designation, without receiving a designation.

Since defendant does not know what institution to report to, he asks that his reporting date be continued, but only for the minimum time needed to make the designation, plus 48 hours to report to the designated institution.

The government, by Assistant United States Attorney Timothy Feeley, does not object to this motion.

          CHARLES A. GUIDA
          By his attorney,

          /s/ Charles P. McGinty
          Charles P. McGinty
            B.B.O. #333480
          Federal Defender Office
          408 Atlantic Avenue, 3rd Floor
          Boston, MA  02110
          Tel: 617-223-8061

October 26, 2004