UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                         CRIMINAL NO.
                                                04-10162-DPW
CHARLES A. GUIDA,
        Defendant

**ORDER EXTENDING DATE TO SELF REPORT
TO THE BUREAU OF PRISONS AND NOTICE
OF HEARING AND ORDER FOR APPEARANCE
BY REPRESENTATIVE OF BUREAU OF PRISONS
AND OFFICE OF MEDICAL DESIGNATION**

WOODLOCK, District Judge

    In accordance with this Court's allowance of the Defendant's motion to extend the time to self report to the facility designated by the Bureau of Prisons from October 27, 2004, it is hereby ORDERED:

1. A hearing on the issue of a self surrender date is set for NOVEMBER 23, 2004 AT 2:00 P.M. in courtroom 1, 3rd floor, before Hon. Douglas P. Woodlock. Counsel shall advise if the issues have been resolved prior to this time.

2. An authorized representative from the Bureau of Prisons and the Office of Medical Designations shall be present at the November 23rd hearing, to explain to the Court the difficulties in promptly designating the defendant to a facility. Counsel for the defendant and the Government are ORDERED to arrange to have those representatives appear at the hearing.

                                          /s/ Douglas P. Woodlock
                                          Hon. Douglas P. Woodlock
                                          U.S. District Judge

DATE: October 26, 2004