UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                        CRIMINAL NO.
                                              04-10162-DPW

CHARLES A. GUIDA,
        Defendant

## ORDER VACATING ORDER EXTENDING DATE TO SELF REPORT
## TO THE BUREAU OF PRISONS AND ORDER CANCELLING HEARING

WOODLOCK, District Judge

    The Court having been advised that the Bureau of Prisons has now designated the defendant to FMC Devens and has directed the defendant to report to that facility by 2:00 p.m. today. Counsel for the defendant has advised that the defendant is prepared to self-report today as directed.

    Accordingly, the Order Extending Time to Self Surrender, entered October 26, 2004 is hereby VACATED. The defendant is ORDERED to self report to FMC Devens by 2:00 p.m. this date. It is FURTHER ORDERED that the hearing previously set for NOVEMBER 23, 2004 is CANCELED in view of the resolution of the designation issues.

                                              /s/ Douglas P. Woodlock

                                              Hon. Douglas P. Woodlock
                                              U.S. District Judge

DATED: October 27, 2004