*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 04-2302

USDC Docket Number : 04-cr-10162

United States of America

v.

Charles A. Guida

---

**CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered  26  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 16, 2004.

Tony Anastas, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _11/17/04_ .

_[signature]_
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]