U. S. Department of Justice

Federal Bureau of Prisons

Northeast Regional Office

U.S. Customs House, 7th Floor
2nd and Chestnut Streets
Philadelphia, PA 19106

October 29, 2004

The Honorable Douglas P. Woodlock
Judge of the United States District Court
   for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts  02210

    **RE: GUIDA, Charles A.**
    **Register Number: 25377-038**
    **Docket Number: 1: 04 CR 10162-001-DPW**

Dear Judge Woodlock:

    Mr. Charles A. Guida was sentenced in your Court to a 27-month term of confinement for Possession of Child Pornography. At the time of sentencing, you recommended Mr. Guida be designated to the Federal Medical Center, Butner, North Carolina, to participate in the Sex Offender Treatment Program.

    During the designation process, we were aware of your recommendation, and Mr. Guida was referred for the Sex Offender Treatment Program. Unfortunately, his admission was denied by the Program Director. According to information obtained from his Pre-Sentence Investigation, it appears Mr. Guida does not recognize the need for treatment and is not volunteering for the Sex Offender Treatment Program which is a prerequisite for admission. As a result, he has been designated to the Sex Offender Management Program at the Federal Medical Center, Devens, Ayer, Massachusetts, the closest appropriate facility to his residence in Medford, Massachusetts.

    We regret we were unable to comply with the Court's recommendation. Should you require additional information, please contact me at (215)521-7311.

                                             Sincerely,

                                             D. Scott Dodrill
                                             Regional Director