# United States Court of Appeals
## For the First Circuit

---

No. 04-2302

UNITED STATES,

Appellee,

v.

CHARLES A. GUIDA,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

---

JUDGMENT

Entered:  March 11, 2005

In view of defendant's motion to remand for resentencing in light of United States v. Booker, 125 S. Ct. 738 (2005), and the government's assent, the sentence is vacated and the case is remanded for further proceedings consistent with Booker.

Vacated and remanded.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By:_____
        Chief Deputy Clerk.