# United States Court of Appeals
## For the First Circuit

No. 04-2302

UNITED STATES,

Appellee,

v.

CHARLES A. GUIDA,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lynch, <u>Circuit Judges</u>.

JUDGMENT

Entered:  March 11, 2005

In view of defendant's motion to remand for resentencing in light of <u>United States</u> v. <u>Booker</u>, 125 S. Ct. 738 (2005), and the government's assent, the sentence is vacated and the case is remanded for further proceedings consistent with <u>Booker</u>.

<u>Vacated and remanded</u>.

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature]   Date: 3/11/05

[Certified Copies: Honorable Douglas P. Woodlock,
Sarah A. Thornton, Clerk, United States District Court of
Massachusetts]

[cc: Charles P. McGinty, Esq., Timothy Q. Feeley, AUSA,
Dina Michael Chaitowitz, AUSA]